## (June 10, 1952.)

■

In the Matter of the Estate of NETTIE BOOKSTAVER, Deceased. WALTER T. HUGHES, JR., as Executor of NETTIE BOOKSTAVER, Deceased, Appellant; BURTON J. BOOKSTAVER et al., Respondents.— Orders unanimously affirmed, with costs to all parties appearing herein payable out of the estate. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ. [See post, p. 931.]

■

The PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES MCCREERY & COMPANY, Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [1½–9 W. 34TH ST., 4–16 W. 35TH ST., and 18–22 W. 35TH ST., BOROUGH OF MANHATTAN.] — Order unanimously modified to fix the assessed valuation for Lot No. 26, for the tax year involved, at Land $2,800,000, Building $1,000,000 — Total $3,800,000 and, as so modified affirmed, with $20 costs and disbursements to appellants. As to Lot No. 54 the order is unanimously affirmed in all respects. The values fixed herein are sustained by the record. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ.

■

ROSE ENGLEMAN, Respondent, v. ALBERT ENGLEMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Bergan, JJ.

■

In the Matter of RALPH B. WATTLEY, Appellant, against STATE RENT COMMISSION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Cohn, Van Voorhis and Bergan, JJ. [See post, p. 862.]

■

160 REALTY CORP., Appellant, v. 162 REALTY CORP. et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

AMERICAN RADIATOR & STANDARD SANITARY CORPORATION, Appellant, v. THORA L. THOMPSON, Respondent.—Order unanimously affirmed, with $20 costs and disbursements to respondent. The defendant in support of the first counterclaim will have to prove her readiness, willingness and ability to pay for the goods concurrent with delivery. On the motion addressed to the pleading we regard the allegations of the counterclaim as a sufficient indication of asserting such readiness and ability. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

SAMUEL EDELMAN, Appellant, v. AMERICAN MEASURING INSTRUMENTS CORP., Respondent.—Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.